# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jamar Brice ,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                3:12-cv-00525-FDW

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

                                              Signed: November 26, 2012

                                              *Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court